**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| GLACIER AUDIO, LLC, | Civil Action No. 05-CV-00871 MJD-SRN |
|     Plaintiff/Counter-Defendant, | |
| v. | **ORDER** |
| RALPH KARSTEN, RENDITION AUDIO, and ATMA-SPHERE MUSIC SYSTEMS, INC., | |
|     Defendants/Counter-Plaintiffs | |

UPON CONSIDERATION of the Joint Stipulation For Dismissal;

IT IS HEREBY ORDERED that the above-captioned matter be dismissed in its entirety with prejudice without costs and attorneys' fees to any party.


Dated:  July 17, 2006              s / Michael J. Davis
                                           United States District Court Judge
                                           Michael J. Davis